THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Carol Lee McCollum, Appellant.
 
 
 

Appeal From Orangeburg County
 James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2007-UP-050
Submitted January 2, 2007  Filed January 26, 2007

APPEAL DISMISSED

 
 
 
Assistant Appellant Defender Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General, Donald J. Zelenka, Office of the Attorney General, all of Columbia;  and Solicitor David M. Pascoe, Jr., of Summerville,  for Respondent.  
 
 
 

PER CURIAM:  Carol Lee McCollum appeals her guilty plea and sentence of thirty-five years for murder and five years each for one count of possession of a weapon during the commission of a violent offense and one count of attempted arson, all to run concurrent.  McCollum argues the plea court failed to adequately advise her of her constitutional rights as required by Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] McCollums appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.